368 U.S. 348 (1961)
MOREHOUSE ET AL.
v.
UNITED STATES ET AL.
No. 500.
Supreme Court of United States.
Decided December 18, 1961.
APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA.
Clarence D. Todd, G. Duane Vieth and Robert N. Burchmore for appellants.
Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, Robert W. Ginnane and Fritz Kahn for the United States et al.
PER CURIAM.
The motion to affirm is granted and the judgment is affirmed.